# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2012 MAY -4  PM 12: 15

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GUSTAVO RODRIGUEZ-FLORES , <br><br> Defendant. | CASE NO. 11CR5645-DMS <br><br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____   the Court has dismissed the case for unnecessary delay; or

_____   the Court has granted the motion of the Government for dismissal without prejudice; or

_____   the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____   a jury has been waived, and the Court has found the defendant not guilty; or

_____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s)  as charged in the Information:

      8 USC 1326 (a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:    May 4, 2012

_____

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE